UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RUSSELL GAITHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV619-101 |
| MR. BOBBITT, | ) ) ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and plaintiff's Motion for Temporary Restraining Order, doc. 11, and Motion to Enforce, doc. 13 are **dismissed as moot**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA