UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 JAN -4  A 9:48
CLERK J. Hodges
SO. DIST. OF GA.

RUSSELL GAITHER, )
)
    Plaintiff, )
)
v. ) CV619-101
)
MR BOBBITT, )
)
    Defendant. )

## ORDER

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 20, 2020, Report and Recommendation, doc. 22, to which objections have been filed, doc. 23. Accordingly, the Report and Recommendation is **ADOPTED**, the complaint is **DISMISSED** with prejudice, and the Clerk of Court is **DIRECTED** to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this ___4th___ day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA