AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUSSELL GAITHER,

    Plaintiff,

**v.**

MR ROBBIT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 619-101

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of January 4, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, the complaint is DISMISSED with prejudice, and this civil action stands CLOSED.

01/04/2021  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/2020